IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 11-cv-03279-LTB

DAMIAN J. CAMPOS,

     Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus

Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record of Applicant's state court proceedings in ***People v. Damian***

***J. Campos***, Weld County District Court Case No. 05CR0857, including all documents in

the state court file and transcripts of all proceedings conducted in the state court, but

excluding any physical evidence (as opposed to documentary evidence) not relevant to

the asserted claims.  It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of

this order to the following:

(1)     Clerk of the Court
        Weld County District Court
        915 10th Street
        P.O. Box 2038 (80632)
        Greeley, CO 80631;

(2)     Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado  80202.

DATED February 23, 2012, at Denver, Colorado.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge